G. Thomas Martin, III (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
Direct Dial: (818) 907-2030
Fax: (818) 205-3730
tom@plglawfirm.com

Attorneys for Plaintiff,
ROBERT SILVERMAN

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SILVERMAN;<br><br>   Plaintiff,<br><br>   vs.<br><br>MIDLAND CREDIT MANAGEMENT; DOES 1 – 10, inclusive.<br><br>   Defendants. | Case No. 3:12-cv-00375-W-DHB<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT MIDLAND CREDIT MANAGEMENT** |

Plaintiff, Robert Silverman, by counsel, and Defendant Midland Credit Management, by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Midland Credit Management should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

///

///

Respectfully submitted,

Date: July 11, 2012               By: /s/ G. Thomas Martin, III
                                  G. Thomas Martin, III, Esq.
                                  Price Law Group
                                  15760 Ventura Blvd., Suite 1100
                                  Encino, CA 91436
                                  Telephone: 818-907-2030
                                  Fax: 818-205-2730
                                  Email: tom@plglawfirm.com

                                  *Counsel for Robert Silverman*

Date: July 11, 2012               By: /s/ Thomas F. Landers
                                  Thomas F. Landers, Esq.
                                  Solomon Ward Seidenwurm & Smith, LLP
                                  401 B Street, Ste 1200
                                  San Diego, CA  92101
                                  Tel (619) 231-0303
                                  Fax (619) 231-4755
                                  Email: tlanders@swsslaw.com

                                  *Lead Counsel for Defendant Midland Credit Management*

Date: July 11, 2012               By: /s/ Leah S. Strickland
                                  Leah S. Strickland, Esq.
                                  Solomon Ward Seidenwurm & Smith, LLP
                                  401 B Street, Ste 1200
                                  San Diego, CA  92101
                                  Tel (619) 231-0303
                                  Fax (619) 231-4755
                                  Email: lstrickland@swsslaw.com

                                  *Counsel for Defendant Midland Credit Management*